# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **BRENDA MILAGROS GONZALEZ AGUIRRE**<br>   SSN xxx-xx-0223 | CASE NO: **18-00390-MCF** |
| Debtor(s) | **Chapter 13** |

## - AMENDED -

## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

\*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO\***

Total Agreed: **$3,000.00**     Paid Pre-Petition: **$232.00**   Outstanding (Through the Plan): **$2,768.00**

\*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

**Debtor's/s' Commitment Period:** ☐ Under Median Income 36 months   ☑ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.   Projected Disposable Income: **$8,867.40**

**Liquidation Value: $0.00   Estimated Priority Debt: $0.00**

**If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00**

With respect to the (amended) Plan date: **Mar 19, 2018  (Dkt  15)**     **Plan Base: $30,630.00**

**The Trustee:**   ☐ **DOES NOT OBJECT**  ☑ **OBJECTS**  **Plan Confirmation**   Gen. Uns. Approx. Dist.: 42 %

**The Trustee objects to confirmation for the following reasons:**

[1325(b)(1)(B)] Projected Disposable Income – Debtor(s) fails to apply projected disposable income, to be received during applicable commitment period, to make payments to unsecured creditors under the plan. [1322(a)(1)]

- Unreasonable or unwarranted expenses.

- Debtor must submit a breakdown of all the involuntary deduction for employment considered in line 17 of the Mean Test. Trustee cannot identify all these expenses.

\*OTHER COMMENTS / OBJECTIONS

NONE.

**NOTICE**
**14 day notice**: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ José R. Carrión, Esq.

**CHAPTER 13 TRUSTEE**
PO Box 9023884 San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: June 01, 2018

/s/ Mayra Arguelles, Esq.

Last Docket Verified: 21    Last Claim Verified: 7    CMC: